# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick V. Dahlstrom |
| 2 | PHONE NUMBER | 3123771181 |
| 3 | DATE | 04-23-15 |
| 4 | FIRM NAME | Pomerantz LLP |
| 5 | E-MAIL ADDRESS | pdahlstrom@pomlaw.com |
| 6 | MAILING ADDRESS | 10 South LaSalle, Suite 3505 |
| 7 | CITY | Chicago |
| 8 | STATE | IL |
| 9 | ZIP CODE | 60603 |
| 10 | CASE NUMBER | 15cv0400 |
| 11 | CASE NAME | Sherif E. El Dabe, et al. v. Calavos Growers |
| 12 | JUDGE | George H. Wu |
| 13 | APPEAL CASE NUMBER | |
| 14 | ORDER FOR | ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER |

### 15. TRANSCRIPT REQUESTED

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| April 23, 2015 | Katie E. Thibodeau | ☑ OTHER (PLEASE SPECIFY): Appointment of Lead Plaintiff |

### 16. ORDER

| CATEGORY | ORIGINAL + 1 | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: 4/23/15

18. SIGNATURE: /s/ Megan

G-120 (09/12)

19. Transcription agency for digitally recorded proceedings:

20. Month:    Day:    Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL:
Payment of estimated transcript fees were sent on the following date:
Month:    Day:    Year: