# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIF E. EL DABE, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>CALAVO GROWERS, INC., LECIL E. COLE, and ARTHUR BRUNO,<br><br>  Defendants. | **No. CV 15-400-GW(ASx)**<br><br>**ORDER CONTINUING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>JUDGE:  Hon. George H. Wu |
| JOHN O'HANLON, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>CALAVO GROWERS, INC., LECIL E. COLE, and ARTHUR BRUNO,<br><br>  Defendants. | No. CV 15-414-GW(ASx) |

The Court has reviewed the Parties' Stipulation Continuing Time to Respond to Amended Complaint (Dkt. # 25) (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The lead plaintiff shall file his, her, or its amended complaint (the "Amended Complaint") sixty days after appointment as lead plaintiff;

---

[PROPOSED] ORDER CONTINUING TIME TO RESPOND TO AMENDED COMPLAINT

2. The time for Defendants[1] to answer, move to dismiss, or otherwise respond to any complaint filed in either the *El Dabe* or *O'Hanlon* Actions is extended until 60 days after the Amended Complaint is filed;

3. If the Defendants file a motion to dismiss, the lead plaintiff shall file his, her, or its response within 60 days of Defendants' filing their motion to dismiss;

4. Defendants shall file a Reply in Further Support of their motion to dismiss within 30 days after the lead plaintiff files his, her, or its opposition.

5. By signing this stipulation, the Parties have not waived their rights with respect to any potential issues in this litigation, including, but not limited to, the assertion of jurisdictional defenses, either by motion or otherwise.

IT IS SO ORDERED

Dated: April 23, 2015

_____
The Hon. George H. Wu
United States District Judge

---

[1] All defined terms take the same meaning as in the Stipulation.

[PROPOSED] ORDER CONTINUING TIME TO RESPOND TO AMENDED COMPLAINT